CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PARIN PARULCHANDRA PANDIT. *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 4:25-cv-07216 JST<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER** |

On December 3, 2025, the Court granted the parties' request to stay proceedings until February 19, 2026. Dkt. No. 11. Plaintiffs filed this action seeking adjudication of their Form I-526E petitions. United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence ("RFE") on Plaintiff Tu's Form I-526E petition, and Plaintiff's response to the RFE is due by March 9, 2026.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 8, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Joint Status Report and Stipulation
C 4:25-cv-07216 JST                          1

Dated: February 17, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: February 17, 2026

*/s/ Curtis Lee Morrison*
CURTIS LEE MORRISON
Red Eagle Law
Attorney for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until May 8, 2026.

DATED: February 19, 2026

JON S. TIGAR
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
C 4:25-cv-07216 JST                    2